**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**CHARLES DAWSON,**

       **Petitioner,**

**v.**                      **Case No.  5:24-cv-107-TKW-HTC**

**RICKY DIXON,**

       **Respondent.**

_____/

**<u>ORDER</u>**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7) and Petitioner's objections (Doc. 9).  The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Petitioner's amended habeas petition under 28 U.S.C. §2254 should be dismissed because Petitioner failed to exhaust his claims in state court.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Petitioner's amended habeas petition (Doc. 5) is DISMISSED without prejudice for failure to exhaust his claims in state court.

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 1st day of July, 2024.

_____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**